**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DEFENDERS OF WILDLIFE, et al.,**

    **Plaintiffs,**

v.                                           Case No. 8:07-cv-2332-T-30TBM

**DIRK KEMPTHORNE, Secretary, US**
**Department of the Interior, et al.,**

    **Defendants.**
_____/

**ORDER TO SHOW CAUSE**

    **THIS CAUSE** comes before the Court upon Plaintiff's Motion for Assignment to the Honorable Susan C. Bucklew (Dkt. 6), and Defendants' Memorandum in opposition to the same (Dkt. 8). The Court, having considered the motion and response, and being otherwise fully advised in the premises, determines that the motion should be denied.

    It is therefore ORDERED AND ADJUDGED that

    1.     Plaintiff's Motion for Assignment to the Honorable Susan C. Bucklew (Dkt. 6) is **DENIED**.

    2.     **Within eleven (11) days** from the date of this Order, the parties shall **show cause, in writing**, why this action should not be transferred to the Ft. Myers Division of the United States District Court for the Middle District of Florida.

    **DONE** and **ORDERED** in Tampa, Florida on February 6, 2008.

                                                                     *[signature]*
                                                                JAMES S. MOODY, JR.
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record