UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEFENDERS OF WILDLIFE, SIERRA
CLUB, THE HUMANE SOCIETY OF THE
UNITED STATES, NATIONAL PARKS
CONSERVATION ASSOCIATION, THE
FLORIDA BIODIVERSITY PROJECT,
THE WILDERNESS SOCIETY,
WILDLANDS CPR and BRIAN SCHERF,

    Plaintiffs,

v.                                                                                                        Case No: 2:08-cv-237-Ftm-29SPC

KEN SALAZAR, JONATHAN JARVIS,
SAM HAMILTON, NATIONAL PARK
SERVICE, ATTORNEY GENERAL, USA
and UNITED STATES ATTORNEY,

    Defendants.
_____/

# ORDER

This matter comes before the Court on Plaintiffs' Status Report Concerning Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. #142) filed on February 25, 2013, which the Court construes as a motion for extension of time. The Court previously held Plaintiffs fee motion (Doc. #139) in abeyance for 60 days to allow the parties to assess whether resolution of the fee issue was feasible without Court involvement. Plaintiffs now advise the Court that the Parties have engaged in good faith settlement discussions concerning the same fee issues but need more time to try to resolve the issue. Thus, the Parties request that the Court continue to hold the fee matter in abeyance for an additional 30 days to allow the Parties to see whether resolution if feasible without Court involvement. As the Parties are in agreement, the Court finds good cause to hold the fee matter in abeyance for a period of 30 days.

    Accordingly, it is now

**ORDERED:**

(1) Plaintiffs' Motion for Extension of Time (Doc. #142) is **GRANTED**. The Court will hold in Plaintiffs' Motion for an Award of Attorneys' Fees (Doc. #139) in abeyance until **March 27, 2013**, in order to allow the Parties time to resolve the fee issue.

(2) Plaintiffs shall file a status report with the Court addressing the need for further proceedings concerning their application for attorneys' fees and costs by this date.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of February, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record